DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
PHILLIP SELFA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S. 12-0324-JAM |
| Plaintiff, ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| PHILLIP SELFA, ) | Date: January 29, 2013 |
| Defendant. ) | Time: 9:45 a.m. |
| ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for PHILLIP SELFA that the status conference hearing date of November 13, 2012, be vacated, and the matter be set for status conference/change of plea on January 29, 2013, at 9:45a.m..

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the cases. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 29, 2013

///

///

1  / / /

2  pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code

3  T4 based upon continuity of counsel.

4

5  DATED: November 7, 2012.              Respectfully submitted,

6                                        DANIEL J. BRODERICK
                                         Federal Public Defender
7
                                         /s/ Courtney Fein
8                                        COURTNEY FEIN
                                         Assistant Federal Defender
9                                        Designated Counsel for Service
                                         Attorney for PHILLIP SELFA
10

11 DATED: November 7, 2012.              BENJAMIN WAGNER
                                         United States Attorney
12
                                         /s/ Courtney Fein for
13                                       MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney
14                                       Attorney for Plaintiff

15

16

17                                    ORDER

18       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
19 November 13, 2012, status conference hearing be continued to January 29, 2013 at 9:45 a.m.
20 Based on the representation of defense counsel and good cause appearing therefrom, the
21 Court hereby finds that the failure to grant a continuance in this case would deny defense
22 counsel reasonable time necessary for effective preparation, taking into account the exercise
23 of due diligence.  The Court finds that the ends of justice to be served by granting a
24 continuance outweigh the best interests of the public and the defendant in a speedy trial.  It
25 is ordered that time up to and including the January 29, 2013 status conference shall be
26 excluded from computation of time within which the trial of this matter must be commenced
27
28                                        2

1  / / /

2  under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
3  T-4, to allow defense counsel reasonable time to prepare.
4  Dated:    11/7/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

3