HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
Telephone:  (916) 446-3331
Facsimile: (916) 447-2988
hhgable@pacbell.net

Attorney for Defendant
PHILLIP DALE SELFA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **PHILLIP DALE SELFA,** <br><br> Defendant. | 2:12-cr-00324-JAM <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT AND FOR PRE-PLEA CRIMINAL HISTORY EVALUATION BY PROBATION** <br><br> Hon. John A. Mendez |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michelle Rodriguez, and defendant Phillip Dale Selfa, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, March 12, 2013, and to continue the matter to April 23, 2013, at 9:45 a.m., for status conference.

The reason for this continuance is that the defendant has recently substituted into the case and received discovery and requires additional time to review same as well as to obtain and review a pre-plea criminal history report to be prepared by the United States Probation Officer.

In that regard, the parties further stipulate that it would be appropriate for the United States Probation Office to prepare a criminal history evaluation, and determine the criminal history

category, for defendant prior to any possible change of plea. As such, the parties request that this Court make such an order. The criminal history for defendant is ambiguous and his criminal history cannot be determined with sufficient confidence to adequately advise the defendant of the consequences of a change of plea. Moreover, an accurate calculation of the defendant's criminal history category could significantly aid in the settlement of this matter. The probation officer has advised that a continuance to April 23, 2013, would allow sufficient time to complete the report.

The parties further agree and stipulate that the period from the filing of this stipulation until April 23, 2013, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defense counsel and to allow reasonable time necessary for effective defense preparation and for the Probation Officer to prepare the criminal history report.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial time period.

Counsel for the Government has authorized defense counsel to sign on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

DATE: February 26, 2013

    s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
PHILLIP DALE SELFA

DATE: February 26, 2013

    s/Michelle Rodriguez
MICHELLE RODRIGUEZ
Asst. U.S. Attorney

///
///
///
///

## ORDER

For the reasons set forth in the forgoing stipulation and declaration of counsel, the status conference in the above-entitled action is continued to April 23, 2013 at 9:45 a.m. The court finds excludable time in this matter from the filing of the stipulation, through April 23, 2013, under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defense counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

It is further ordered that the United States Probation Office conduct a criminal history evaluation to determine the criminal history category for defendant Phillip Dale Selfa and provide a copy of such report to both parties.

**IT IS SO ORDERED**.

DATE: 2/26/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge