```
William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113
Attorney(to be appointed) for defendant PHILLIP SELFA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>PHILLIP SELFA,<br><br>           Defendant. | No.  2:12-CR-0324 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    The defendant, PHILLIP SELFA, through undersigned counsel to be appointed, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, October 15, 2013 at 9:45 am be vacated and continued until Tuesday, October 22, 2013 at 9:45 am.

    Mr. SELFA is currently pro se.  Mr. Bonham was contacted yesterday by the Federal Defender's office to represent Mr. SELFA pursuant to a CJA appointment. On October 8, 2013, Mr. SELFA, in his pro se capacity, requested to the Court to re-appoint counsel and the matter was continued to October 15, 2013 for the Court to consider Mr. Selfa's request for re-appointment of counsel.

    A continuance is necessary due to Mr. Bonham being

1  unavailable on October 15, 2013 as he will be attending a funeral
2  of a close friend. It is well understood by all parties of the
3  Court policy of not permitting "stand-ins-for" counsel at Court
4  hearings. A continuance will serve to give new counsel for
5  appointment to evaluate the issues of the case and familiarize
6  himself with status of the preceding proceedings of the case in
7  order to be able to represent to the Court what will be the time
8  requirements necessary for case preparation and evaluation.

9      The parties stipulate that time should be excluded under the
10 Speedy Trial Act to provide the parties time for case preparation
11 and evaluation.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

12     I, William E. Bonham, the filing party, have received
13 authorization from AUSA Michelle Rodriguez to sign and submit
14 this stipulation and proposed order on her behalf.

15     Accordingly, the defense and the United States agree and
16 stipulate that the status conference for defendant PHILLIP SELFA,
17 should be continued until Tuesday, October 22, 2013 at 9:45 am.
18 The parties stipulate that the ends of justice served by granting
19 this continuance outweigh the best interests of the public and
20 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: October 11, 2013

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ WILLIAM E. BONHAM for
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney

Dated: October 11, 2013

                                        By:/s/ WILLIAM E. BONHAM for
                                        WILLIAM E. BONHAM
                                        Counsel for Defendant
                                        PHILLIP SELFA

# ORDER

IT IS SO ORDERED. The status conference for defendant, PHILLIP SELFA, currently set for Tuesday, October 15, 2013 at 9:45 am should be vacated and continued to Tuesday, October 22, 2013 at 9:45 am.

I find that the continuance is necessary to allow the defendant to be appointed counsel and due to the needs of counsel for case preparation and evaluation.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for case preparation from October 15, 2013 up to and including October 22, 2013 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: October 11, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE