```
William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113

Attorney for defendant PHILLIP SELFA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PHILLIP SELFA,<br><br>　　　　Defendant. | No.  2:12-CR-0324 JAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

　　　The defendant, PHILLIP SELFA, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, Tuesday, January 7, 2014 at 9:45 am be vacated and continued until Tuesday, February 25, 2014 at 9:45 am.

　　　On August 12, 2013 defendant Phillip Selfa, acting in pro per filed a motion to dismiss the indictment in this Court.  On September 24, 2013 this Court denied the motion. A status conference on October 8, 2013 was continued for consideration of re-appointment of counsel.  A notice of interlocutory appeal was filed in this Court on October 10, 2013. Subsequently, on October 22, 2013, pursuant to defendant Selfa's request, this Court

1 appointed counsel pursuant to the Criminal Justice Act.

2 On October 30, 2013 the Ninth Circuit Court of Appeals set a briefing schedule and served Selfa with the schedule as well as information on proceeding on appeal as a pro per defendant. On December 9, 2014 the Ninth Circuit ordered appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. On December 23, 2013 defendant Selfa filed a motion for extension of time to file a reply to the Court's order to show cause, wherein, he requested undersigned counsel be appointed to represent him in his appeal; as well as, in the district court.

A continuance is necessary because a ruling on whether the appeal can proceed is not likely to issue until at least February 25, 2014 and this Court lacks jurisdiction over the criminal matter while the defendant's interlocutory appeal is pending. The parties propose setting a status conference for February 25, 2014 as a control date. In the event a ruling is issued prior to February 25, 2014 the parties will request the matter be put on calendar sooner. If a ruling has not been issued by February 21, 2014 the parties will file stipulation apprising the Court of the status of the appeal and requesting a further continuance. A continuance is also necessary for continued case preparation and evaluation taking into consideration the exercise of due diligence and discussions with the defendant.

The parties stipulate that time should be excluded under the Speedy Trial Act for delay resulting from an interlocutory appeal and to provide the parties time for case preparation and evaluation from October 10, 2013, the date the Notice of

2

Interlocutory Appeal was filed, up to and including February 25, 2014.  Local Codes D, T4 & 18 U.S.C § 3161 (h)(1)(c), (h)(7)(A) and (B)(iv).

    I, William E. Bonham, the filing party, have received authorization from AUSA Michelle Rodriguez to sign and submit this stipulation and proposed order on her behalf.

    Accordingly, the defense and the United States agree and stipulate that the status conference for defendant PHILLIP SELFA, should be continued until Tuesday, February 25, 2014 at 9:45 am; that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from October 10, 2013, up to and including February 25, 2014, pursuant to 18 U.S.C. § 3161 (h)(1)(c),(h)(7)(A) and (B)(iv) and Local Codes D and T-4, for interlocutory appeals and to allow defense counsel reasonable time to prepare.

Dated: January 3, 2014

                            BENJAMIN B. WAGNER
                            United States Attorney

                            By:/s/ WILLIAM E. BONHAM for
                            MICHELLE RODRIGUEZ
                            Assistant U.S. Attorney

Dated: January 3, 2014

                            By:/s/ WILLIAM E. BONHAM
                            WILLIAM E. BONHAM
                            Counsel for Defendant
                            PHILLIP SELFA

```
William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113

Attorney for defendant PHILLIP SELFA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PHILLIP SELFA,<br><br>            Defendant. | No.  2:12-CR-0324 JAM<br><br>**ORDER TO CONTINUE STATUS CONFERENCE** |

# ORDER

HEREBY IT IS ORDERED AS FOLLOWS the status conference for defendant, PHILLIP SELFA, currently set for Tuesday, January 7, 2014 at 9:45 am is vacated and continued to Tuesday, February 25, 2014 at 9:45 am.

It is further ordered based on the stipulation of the parties, I find the failure to grant such a continuance would deny counsel reasonable time necessary for evaluation and preparation of the defendant's interlocutory appeal, as well as, effective preparation in the district court, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date the Notice of Interlocutory Appeal

4

1  was filed, October 10, 2013, up to and including the date of the
2  new hearing, February 25, 2014, pursuant to 18 U.S.C. § 3161
3  (h)(1)(c),(h)(7)(A) and (B)(iv) and Local Codes D and T4. I
4  specifically find that the ends of justice served by granting
5  this continuance outweigh the best interest of the public and
6  defendant in a speedy trial within the meaning of 18 U.S.C. §
7  3161(h)(7)(A) and (B)(iv) and Local Code T-4.
8  Dated: January 6, 2014

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE