William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113

Attorney for defendant PHILLIP SELFA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP SELFA,<br><br>　　　　　Defendant. | No.  2:12-CR-0324 JAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

　　　The defendant, PHILLIP SELFA, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, Tuesday, February 25, 2014 at 9:45 am be vacated and continued until Tuesday, April 29, 2014 at 9:45 am.

　　　As detailed in the prior stipulation and proposed order, a continuance is necessary because this case is currently in the 9th Circuit on interlocutory appeal and we are still awaiting a decision from the Court with respect to the appellant's response to the Court's December 9, 2013 order to show cause as to why the appeal should not be dismissed for lack of jurisdiction, filed January 23, 2014.  Since the district court lacks jurisdiction

1 while this matter is pending in the 9th Circuit, the parties
2 propose setting a status conference for April 29, 2014 as a
3 control date.  In the event a ruling is issued prior to April 29,
4 2014 the parties will request the matter be put on calendar
5 sooner; if a ruling has not been issued by April 25, 2014 the
6 parties will file stipulation apprising the Court of the status
7 of the appeal and requesting a further continuance.  A
8 continuance is also necessary for continued case preparation and
9 evaluation taking into consideration the exercise of due
10 diligence and discussions with the defendant.
11    The parties stipulate that time should be excluded under the
12 Speedy Trial Act for delay resulting from an interlocutory appeal
13 and to provide the parties time for case preparation and
14 evaluation from February 25, 2013, the date the Notice of
15 Interlocutory Appeal was filed, up to and including April 29,
16 2014.  Local Codes D, T4 & 18 U.S.C § 3161 (h)(1)(c), (h)(7)(A)
17 and (B)(iv).
18    I, William E. Bonham, the filing party, have received
19 authorization from AUSA Michelle Rodriguez to sign and submit
20 this stipulation and proposed order on her behalf.
21    Accordingly, the defense and the United States agree and
22 stipulate that the status conference for defendant PHILLIP SELFA,
23 should be continued until Tuesday, April 29, 2014 at 9:45 am;
24 that the failure to grant a continuance in this matter would deny
25 counsel reasonable time necessary for effective preparation,
26 taking into account the exercise of due diligence; that the ends
27 of justice served by granting this continuance outweigh the best
28 interest of the public and the defendant in a speedy trial; and

that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from February 25, 2013, up to and including April 29, 2014, pursuant to 18 U.S.C. § 3161 (h)(1)(c),(h)(7)(A) and (B)(iv) and Local Codes D and T-4, for interlocutory appeals and to allow defense counsel reasonable time to prepare.

Dated: February 21, 2014

          BENJAMIN B. WAGNER
          United States Attorney

          By:/s/ WILLIAM E. BONHAM for
          MICHELLE RODRIGUEZ
          Assistant U.S. Attorney

Dated: February 21, 2014

          By:/s/ WILLIAM E. BONHAM
          WILLIAM E. BONHAM
          Counsel for Defendant
          PHILLIP SELFA

```
William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113

Attorney for defendant PHILLIP SELFA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>PHILLIP SELFA,<br><br>             Defendant. | No.  2:12-CR-0324 JAM<br><br>**ORDER TO CONTINUE STATUS CONFERENCE** |

## ORDER

HEREBY IT IS ORDERED AS FOLLOWS the status conference for defendant, PHILLIP SELFA, currently set for Tuesday, February 25, 2014 at 9:45 am is vacated and continued to Tuesday, April 29, 2014 at 9:45 am.

It is further ordered based on the stipulation of the parties, I find the failure to grant such a continuance would deny counsel reasonable time necessary for evaluation and preparation of the defendant's interlocutory appeal, as well as, effective preparation in the district court, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date the Notice of Interlocutory Appeal

was filed, February 25, 2013, up to and including the date of the new hearing, April 29, 2014, pursuant to 18 U.S.C. § 3161(h)(1)(c),(h)(7)(A) and (B)(iv) and Local Codes D and T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: February 24, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE