William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant PHILLIP SELFA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:12-CR-0324 JAM |
| Plaintiff, | **STIPULATION TO SET COURT DATE PER APPELLATE MANDATE** |
| v. | |
| PHILLIP SELFA, | |
| Defendant. | |

The defendant, PHILLIP SELFA, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the Court set a status conference in the above captioned matter for Tuesday, May 26, 2015 at 9:15 am.

On May 8, 2015, the Ninth Circuit issued an order in case no. 13-10565 dismissing Mr. Selfa's interlocutory appeal for lack of jurisdiction. Upon dismissal of Selfa's interlocutory appeal, this Court reacquired jurisdiction over this criminal matter, and as such, the parties are requesting it be put back on calendar.

The parties stipulate that time should be excluded from the computation of time within which trial must commence under the

1

1    Speedy Trial Act from May 8, 2015, up to and including May 26,

2    2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and

3    Local Code T-4, for case evaluation and investigation and

4    preparation and to allow defense counsel reasonable time to

5    confer with client regarding the Ninth Circuit's ruling

6    dismissing defense motion to dismiss.

7         I, William E. Bonham, the filing party, have received

8    authorization from AUSA Michelle Rodriguez to sign and submit

9    this stipulation and proposed order on her behalf.

10        Accordingly, the defense and the United States agree and

11   stipulate that the Court should set a status conference in this

12   matter for Tuesday, May 26, 2015 at 9:15 am.

13

14   Dated: May 12, 2015

                                    BENJAMIN B. WAGNER
15                                  United States Attorney

16                                  By:/s/ WILLIAM E. BONHAM for
                                    MICHELLE RODRIGUEZ
17                                  Assistant U.S. Attorney

18   Dated: May 12, 2015

19                                  By:/s/ WILLIAM E. BONHAM
                                    WILLIAM E. BONHAM
20                                  Counsel for Defendant
                                    PHILLIP SELFA

21

22

23

24

25

26

27

28

1   William E. Bonham, SBN: 55478
    Attorney At Law
2   Hotel de France Bldg. Old Sacramento
    916 2nd Street, 2nd Floor, Suite A
3   Sacramento, CA 95814
    Telephone:(916) 557-1113
4   Facsimile: (916) 557-1118
    E-mail: billbonham@mylaw.comcastbiz.net
5

6   Attorney for defendant PHILLIP SELFA

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  2:12-CR-0324 JAM

12           Plaintiff,                **ORDER TO SET COURT DATE PER
                                       APPELLATE MANDATE**
13       v.

14  PHILLIP SELFA,

15           Defendant.

16
                                **ORDER**
17
        HEREBY IT IS ORDERED AS FOLLOWS a status conference in the
18
    above captioned matter is scheduled for Tuesday, May 26, 2015 at
19
    9:15 am.
20
        It is further ordered based on the stipulation of the
21
    parties, I find the failure to grant such a continuance would
22
    deny counsel reasonable time necessary for effective preparation,
23
    taking into account the exercise of due diligence. Accordingly,
24
    the time within which the trial of this case must be commenced
25
    under the Speedy Trial Act is excluded from the date of the
26
    parties' stipulation, May 12, 2015, up to and including the date
27
    of the new hearing, May 26, 2015, pursuant to 18 U.S.C. § 3161
28
                                    3

1  (h)(7)(A) and (B)(iv) and Local Code T-4. I specifically find

2  that the ends of justice served by granting this continuance

3  outweigh the best interest of the public and defendant in a

4  speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and

5  (B)(iv) and Local Code T-4.

6  Dated: May 13, 2015

7

8                                    /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ
9                                    UNITED STATES DISTRICT COURT JUDGE

4