```
William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
PHILLIP SELFA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>PHILLIP SELFA,<br><br>             Defendant. | No.  2:12-CR-0324 JAM<br><br>**STIPULATION TO SET COURT DATE PER APPELLATE MANDATE** |

    The defendant, PHILLIP SELFA, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, Tuesday, June 23, 2015 at 9:15 am be vacated and continued until Tuesday, July 7, 2015 at 9:15 am.

    A continuance is necessary to allow defense counsel additional time evaluate the case, hold discussions with his client, and negotiations with the government toward a potential resolution of the charges.

    The parties stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from June 22, 2015, up to and including July 7, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Michelle Rodriguez to sign and submit this stipulation and proposed order on her behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Phillip Selfa should be continued until Tuesday, July 7, 2015 at 9:15 am.

Dated: June 22, 2015

        BENJAMIN B. WAGNER
        United States Attorney

        By:/s/ WILLIAM E. BONHAM for
        MICHELLE RODRIGUEZ
        Assistant U.S. Attorney

Dated: June 22, 2015

        By:/s/ WILLIAM E. BONHAM
        WILLIAM E. BONHAM
        Counsel for Defendant
        PHILLIP SELFA

William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant PHILLIP SELFA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILLIP SELFA,<br><br>        Defendant. | No.  2:12-CR-0324 JAM<br><br>**ORDER TO CONTINUE STATUS CONFERENCE** |

# ORDER

The status conference currently set for Tuesday, June 23, 2015 at 9:15 am is vacated and continued to Tuesday, July 7, 2015, at 9:15 am.

It is further ordered based on the stipulation of the parties, I find the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, June 22, 2015, up to and including the date of the new hearing, July 7, 2015, pursuant to 18 U.S.C. § 3161

(h)(7)(A) and (B)(iv) and Local Code T-4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: June 22, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE