William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
PHILLIP SELFA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:12-CR-0324 JAM |
|---|---|
| Plaintiff, | **ORDER PERMITTING U.S. PROBATION TO RELEASE INFORMATION** |
| v. | |
| PHILLIP SELFA, | |
| Defendant. | |

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED THAT: U.S. Probation Officer Julie Besabe is permitted to release a copy of the final pre-sentence report filed in EDCA case no. 89-CR-00051 to defendant's counsel, William E. Bonham.

**IT IS SO ORDERED.**

Dated: 12/10/2015                /s/ John A. Mendez _         _____
                                 JOHN A. MENDEZ
                                 United States District Court Judge

1