1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone:(916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net
5

6  Attorney for defendant
   PHILLIP SELFA
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        No.  2:12-CR-0324 JAM

12         Plaintiff,               **ORDER TO SEAL DOCUMENTS**

13    v.

14 PHILLIP SELFA,

15         Defendant.

16

17                              ORDER

18    IT IS SO ORDERED. Defendant PHILLIP SELFA's "SENTENCING
   [handwritten insertion: Exhibit A and page 9:9 to page 12:10 of]
   [handwritten: jan]
19 MEMORANDUM," ~~consisting of 103 pages~~, is filed under seal

20 pursuant to Federal Rule of Criminal Procedure 49.1(d) and Local

21 Rule 141. It is further ordered that the document be sealed

22 indefinitely except pursuant to a court order issued upon a

23 showing of good cause to have it unsealed and that the only

24 persons permitted access to the document are the Court, its

25 staff, U.S. Probation and the attorney of record for the

26 government and defendant.

27 // // //

28 // // //

                                1

Dated: February 25, 2016

_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

2