Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

CJA Appointed Attorney for Appellant
PHILLIP SELFA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff/Appellee,<br><br>     v.<br><br>PHILLIP SELFA,<br><br>           Defendant/Appellant. | Case No.:  2:12-cr-00324-JAM-1<br><br>**ORDER GRANTING APPOINTED APPELLATE COUNSEL ACCESS TO SEALED REPORTER'S TRANSCRIPTS**<br><br>[9th Circuit Case No. 16-10094] |

///

///

///

///

///

///

The Court finds good cause to grant the appointed counsel's application. Appointed appellate counsel Gene D. Vorobyov shall have access to all sealed reporter's transcripts in this case, including, but not limited to, the sealed portion of the July 29, 2013, transcript (CR 24). Court reporters are to provide counsel access to transcripts in SEALED format.

IT IS SO ORDERED.

/s/ John A. Mendez_____

JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE