1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00324-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| PHILLIP DALE SELFA, | |
| Defendant. | |

**STIPULATION**

1. Defendant Phillip Selfa filed a motion for reduction in sentence and compassionate release on July 29, 2020. Docket No. 107. The government's response is due by August 10, 2020, and any reply due August 14, 2020. Docket No. 109. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 107, be due on August 13, 2020; and

    b) The defense reply, if any, will be due on August 20, 2020.

IT IS SO STIPULATED.

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

Dated: August 10, 2020

                                                  */s/ Michelle Rodriguez*
                                                  MICHELLE RODRIGUEZ
                                                  Assistant United States Attorney

Dated: August 10, 2020                                    /s/ *Michelle Rodriguez (via email consent)*
                                                  RACHELLE BARBOUR
                                                  Counsel for Defendant Phillip Selfa

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, Docket No. 107, is due on August 13, 2020;

    b) The defense reply, if any, will be due on August 20, 2020.

IT IS SO ORDERED.

DATED:   August 11, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE