McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>PHILLIP DALE SELFA,<br><br>               Defendant. | CASE NO. 2:12-CR-00324-JAM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.   Defendant Phillip Selfa filed a motion for reduction in sentence and compassionate release on July 29, 2020. Docket No. 107. The government's response is due by August 13, 2020, and any reply due August 20, 2020. Docket No. 113. Government counsel requests additional time to review BOP records and draft the response brief.

2.   Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 107, be due on August 17, 2020; and

    b) The defense reply, if any, will be due on August 24, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 13, 2020

*/s/ Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant United States Attorney

Dated: August 13, 2020

/s/ *Michelle Rodriguez (via email consent)*
RACHELLE BARBOUR
Counsel for Defendant Phillip Selfa

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

     a)    The government's opposition or response to defendant's motion, Docket No. 107, is due on August 17, 2020;

     b)    The defense reply, if any, will be due on August 24, 2020.

IT IS SO ORDERED.

DATED: August 17, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE