UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

PHILLIP DALE SELFA

Case No. 12-CR-00324

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ GRANTED

  ☐ The defendant's previously imposed sentence of imprisonment of         is reduced to         . If this sentence is less than the amount of time the defendant already served, the sentence is reduced to a time served; or

  ☐ Time served.

  If the defendant's sentence is reduced to time served:

    ☐ This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made,

and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended; or

☐ There being a verified residence and an appropriate release plan in place, this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel.  There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

☐ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where they will be released because it was not included in the motion for sentence reduction.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐ probation or ☐ supervised release of _____ months (not to exceed the unserved portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

☐ The conditions of the "special term" of supervision are as follows:

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☐ The defendant's previously imposed conditions of supervised release are modified as follows:

☐ DEFERRED pending supplemental briefing and/or a hearing.  The court DIRECTS the United States Attorney to file a response on or before        , along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion.

☒ DENIED after complete review of the motion on the merits.

☒ FACTORS CONSIDERED (Optional)

Contrary to the Government's contention, Defendant exhausted his administrative remedy by requesting compassionate release with the BOP on May 10, 2020.  Reply, ECF No. 120,. Exh. C.  More than 30 days have passed since that request and the BOP denied the request on June 16, 2020. Id. at Exh. E.  Defendant may have extraordinary and compelling reasons warranting his release as he tested positive for COVID-19 on July 28, 2020 and is suffering from pneumonia as a result.  Opp'n, ECF No. 116, Exh. 3 at 1-2.  He is also 67 and suffers from serious health concerns--including Chronic Kidney Disease, Obesity, and Hypertension--that place him at risk of serious COVID-19 complications.  Mot., ECF No. 107, at 8.  Nevertheless, this Court may not reduce a defendant's sentence unless it finds "the defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C § 3142(g)."  USSG § 1B1.13.  Defendant is presently serving time for six bank robberies in which he used bomb like devices to intimidate his victims.  Opp'n at 17.  Although Defendant contends his age places him at low risk for committing future crimes, the Court disagrees given that  Defendant is a career offender who

has been robbing banks since he was 25 years old.  Opp'n at 18.  His behavior while in BOP custody is an additional factor weighing against his request for compassionate release--just last year on August 19, 2019, he was cited for fighting with another person.  Id. at 18-19.  Defendant is therefore ineligible for compassionate release and his motion is DENIED.

☐ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

IT IS SO ORDERED.

Dated:  August 24, 2020

_____
UNITED STATES DISTRICT JUDGE

4