HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
PHILLIP D. SELFA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> PHILLIP D. SELFA, <br><br> *Defendant-Movant.* | Case No: 2:12-cr-00324-JAM <br><br> **SEALING ORDER** <br><br> JUDGE: Hon. John A. Mendez |

IT IS HEREBY ORDERED that the Request to Seal Exhibits B and C to Defendant-Movant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be **GRANTED** so that confidential medical information is not available on the public docket.

These documents shall **REMAIN** under seal until further Order of the Court.

**IT IS SO ORDERED.**

Dated: July 15, 2021                    /s/ John A. Mendez
                                        ────────────────────────────
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

Selfa - Sealing Order