PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00324-JAM |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| PHILLIP DALE SELFA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on July 13, 2021. Docket No. 122. The government's response is due on July 26, 2021. Docket No. 124.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before July 28, 2021;

b)     The defendant's reply to the government's response to be filed on or before August 4, 2021.

IT IS SO STIPULATED.

Dated:  July 26, 2021                    PHILLIP A. TALBERT
                                         Acting United States Attorney

                                         /s/ MICHELLE RODRIGUEZ
                                         MICHELLE RODRIGUEZ
                                         Assistant United States Attorney

Dated:  July 26, 2021                    /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Counsel for Defendant
                                         PHILLIP DALE SELFA

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)     The government's response to the defendant's motion, Docket No. 122, is due on or before July 28, 2021;

b)     The defendant's reply to the government's response, if any, is due on August 4, 2021.

IT IS SO FOUND AND ORDERED this 27th day of July, 2021.

                                         /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE