HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
PHILLIP D. SELFA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:12-cr-0324-JAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **SEALING ORDER** |
| PHILLIP D. SELFA, | ) | |
| Defendant-Movant. | ) | JUDGE: Hon. John A. Mendez |

IT IS HEREBY ORDERED that the Request to Seal Exhibit E to Defendant-Movant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that confidential medical information is not available on the public docket.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: August 4, 2021                   /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

Selfa - Sealing Order