1

2

3

4

5              UNITED STATES DISTRICT COURT

6             EASTERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,          No.  2:12-cr-00324-JAM-1

9           Plaintiff,

10       v.                            **ORDER GRANTING DEFENDANT'S
                                       RENEWED MOTION FOR COMPASSIONATE**
11   PHILLIP DALE SELFA,               **RELEASE**

12           Defendant.

13

14      On July 13, 2021, Defendant filed a renewed motion for

15   compassionate release.  See Mot., ECF No. 122.  The Government

16   filed an opposition.  See Opp'n, ECF No. 129.  Defendant replied.

17   See Reply, ECF No. 130.  The Court finds extraordinary and

18   compelling reasons warrant the termination of the remainder of

19   Defendant's sentence.  Specifically, as detailed in Defendant's

20   moving papers, his health has deteriorated significantly in the

21   past year: "in the last year [Defendant], 68 years old, has twice

22   suffered from COVID, survived a stroke, and been diagnosed with

23   long-COVID symptoms, including ground glass opacities in his

24   lungs.  He has also been diagnosed with COPD, granulomatous

25   disease, atrial fibrillation, congestive heart failure, and

26   microvascular ischemic disease.  He has had pneumonia at least

27   three times since his first bout of COVID in 2020.  This is in

28   addition to his previously-diagnosed chronic kidney disease. . .

1  and his 5 cm aortic aneurysm."  Reply at 1-2; see also Def.'s

2  Medical Records, Ex. B and C to Mot., ECF No. 126.

3      In the Ninth Circuit, the decision of whether to grant or

4  deny a compassionate release is within the sound discretion of

5  the district court.  See United States v. Aruda, 993 F.3d 797,

6  802 (9th Cir. 2021).  Here, the Court finds that release is

7  warranted.  While Defendant's criminal acts were unquestionably

8  dangerous, the Court finds that Defendant will not endanger the

9  community with further crimes if released.  Defendant is older,

10  and his health is in significant decline.  Further, he will be

11  monitored and supervised under the terms of his supervised

12  release.

13      Accordingly, the Court GRANTS Defendant's Motion to Reduce

14  Sentence and imposes a sentence of time served.  Defendant shall

15  spend up to 14 days in quarantine and obtain medical clearance

16  prior to release.  During this time, appropriate travel

17  arrangements shall be made to ensure Defendant's safe release.

18  Upon release, Defendant shall begin serving his 36-month term of

19  supervised release.  The Government has until August 13, 2021, to

20  file a request for any additional conditions of release it would

21  like the Court to consider imposing.  Defendant's reply, if any,

22  is due August 20, 2021.  The Court will issue a final order of

23  release that includes any appropriate conditions requested by the

24  Government upon review of these filings.

25      IT IS SO ORDERED.

26  Dated: August 6, 2021

27

28  JOHN A. MENDEZ,
   UNITED STATES DISTRICT JUDGE