UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILLIP DALE SELFA,<br><br>    Defendant. | No.  2:12-cr-00324-JAM-1<br><br>**ORDER OF RELEASE** |

On August 6, 2021, the Court granted Defendant's renewed motion for compassionate release. See Order, ECF No. 134.  In that Order, the Court stated: "the Government has until August 13, 2021, to file a request for any additional conditions of release it would like the Court to consider imposing." Id. at 2. The Government did not file any request.  Accordingly, the Court orders Defendant be released pursuant to the below listed conditions of release.

I.   CONDITIONS OF RELEASE

1. Prior to release from custody, the defendant shall complete a fourteen-day quarantine within the Bureau of Prisons.
2. The defendant shall be released from the custody

        following completion of the fourteen-day period of quarantine if he has not displayed any symptoms of, or tested positive for, COVID-19 during this quarantine period.

3. The Court shall retain jurisdiction during the defendant's quarantine period. If the defendant tests positive for COVID-19 during the quarantine period, the government may notify the Court of the defendant's positive test and seek an extension of the defendant's release date until such time as the Bureau of Prisons clears the defendant from quarantine.

4. The Judgment entered on March 2, 2016 remains in effect. See Judgment, ECF No. 85. Per the terms of the Judgment, the defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prison to begin serving his 36-month term of supervised release.

IT IS SO ORDERED.

Dated: August 17, 2021

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE